IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case No. 02-10651 (PJW) |
| NHI, INC., f/n/a NANTICOKE HOMES, INC. | : | |
| A DELAWARE CORPORATION | : | Chapter 11 |
| | : | |
| _____ | : | |
| | : | |
| NHI, INC., | : | |
| | : | |
| Plaintiff | : | Adversary No. 04-52879 |
| | : | |
| v. | : | |
| | : | |
| FLEETBOSTON FINANCIAL | : | |
| CORPORATION, KMR MANAGEMENT, | : | |
| INC., ROBERT RIESNER and | : | |
| WARING S. JUSTIS, JR., | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF APPEAL PURSUANT TO FEDERAL
## BANKRUPTCY PROCEDURES 8001 AND 28 U.S.C. SECTION 158(a)(3)

Defendants Fleet Boston Financial Corporation, KMR Management, Inc., Robert Riesner and Waring S. Justis, Jr. (collectively, "Defendants"), pursuant to 28 U.S.C. 158(a)(3) and Rule 8001 of the Federal Rules of Bankruptcy Procedure, hereby appeal to the United States District Court for the District of Delaware from the Order and Memorandum Opinion denying Defendants' motion to dismiss the second amended complaint issued by the United States Bankruptcy Court for the District of Delaware on February 10, 2005. A copy of the Order [D.I. 66] and Memorandum Opinion [D.I. 65] is attached hereto as Exhibit A and B, respectively.

The parties and their counsel of record are:

Docket#_____
Date: 2-22-05

WLM_501408_1/DKRAFT

| **Party** | **Counsel** |
|---|---|
| NHI, Inc. | Stephen W. Spence<br>Phillips, Goldman & Spence<br>1200 N. Broom Street<br>Wilmington, DE 19806<br>(302) 655-4200 (telephone)<br>(302) 655-4210 (fax)<br><br>Scott R. Withers<br>Guy A. Donatelli<br>Lamb McErlane PC<br>24 E. Market Street<br>P.O. Box 565<br>West Chester, PA 19381-0565 |
| Fleet Boston Financial Corporation<br>KMR Management, Inc.<br>Robert Riesner<br>Waring S. Justis, Jr. | Stuart M. Brown<br>Denise S. Kraft<br>Edwards & Angell LLP<br>919 N. Market Street, 14th Floor<br>Wilmington, DE 9801<br>(302) 777-7770 (telephone)<br>(302) 777-7263 (fax) |
| U.S. Trustee | Office of the United States Trustee<br>844 King Street, Room 2207<br>Lockbox 35<br>Wilmington, DE 19801 |

Dated: February 22, 2005

EDWARDS & ANGELL, LLP

_____
Stuart M. Brown (#4050)
Denise S. Kraft (#2778)
Mark D. Olivere (#4291)
919 N. Market Street, 14th Floor
Wilmington, DE 19801
(302) 777-7770 - telephone
(302) 777-7263 - facsimile

Counsel for the Defendants
FleetBoston Financial Corporation,
KMR Management Inc.,
Robert Reisner and
Waring S. Justis