# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| NHI, INC., a Delaware Corporation, | ) | Case No. 02-10651(PJW) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| NHI, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 04-52879(PJW) |
| | ) | |
| FLEETBOSTON FINANCIAL CORPORATION, KMR MANAGEMENT, INC., ROBERT RIESNER and WARING S. JUSTIS, JR., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

For the reasons set forth in the Court's memorandum Opinion of this date, defendants' motion (Doc. # 51) to dismiss plaintiff's second amended complaint (Doc. # 45) is **denied**.

Peter J. Walsh
United States Bankruptcy Judge

Dated: February 11, 2005