# Edwards & Angell LLP

919 North Market Street   Wilmington, DE 19801   302.777.7770   *fax* 302.777.7263

Denise Seastone Kraft
302.425.7106
*fax* 888.325.9741
dkraft@edwardsangell.com

August 19, 2005

Clerk of the Court
U.S. Bankruptcy Court
for the District of Delaware
824 Market Street
Wilmington, DE  19801

      Re:   *NHI, Inc. v. FleetBoston Financial Corporation, et al.*
              Adversary No. 04-52879

Dear Madam/Sir:

This firm represents Defendants, FleetBoston Financial Corporation, KMR Management, Inc., Robert Riesner and Waring S. Justis, Jr. ("Defendants") in the above captioned matter. On February 22, 2005 Defendants filed a Notice of Appeal Pursuant to Federal Bankruptcy Procedures 8001 and 28 U.S.C. Section 158(a)(3) [D.I. 71]. Upon a review of the docket today, counsel for Defendants noticed that the Notice of Appeal was inadvertently electronically filed under filing type "Note of Abatement". Concurrent with the filing of this letter, we are re-filing the Notice of Appeal under the appropriate filing type. Defendants respectfully request that the Clerk's office change the filing date of today's Notice of Appeal to reflect a filing date of February 22, 2005 as originally filed and transfer the matter to the United States District Court for the District of Delaware at your earliest convenience.

Respectfully,

*Denise S. Kraft*
Denise Seastone Kraft

DSK/jkg

cc:    Stephen W. Spence, Esquire
        Office of the U.S. Trustee
        Guy A. Donatelli, Esquire
        Scott R. Withers, Esquire

WLM_502552_1/DKRAFT