## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case No. 02-10651 (PJW) |
| NHI, INC., f/n/a NANTICOKE HOMES, INC. | : | |
| A DELAWARE CORPORATION | : | Chapter 11 |
| | : | |
| | : | |
| _____ | : | |
| | : | |
| NHI, INC., | : | |
| | : | |
| Plaintiff | : | Adversary No. 04-52879 |
| | : | |
| v. | : | |
| | : | |
| FLEETBOSTON FINANCIAL | : | |
| CORPORATION, KMR MANAGEMENT, | : | |
| INC., ROBERT RIESNER and | : | |
| WARING S. JUSTIS, JR., | : | |
| | : | |
| Defendants. | : | |

### DESIGNATION OF THE RECORD AND STATEMENT OF ISSUES PURSUANT TO (A) FEDERAL RULE OF APPELLATE PROCEDURE 6(a) AND (B) BANKRUPTCY RULE 8006

Defendants Fleet Boston Financial Corporation, KMR Management, Inc., Robert Riesner and Waring S. Justis, Jr. (collectively, "Defendants"), by and through their undersigned counsel, hereby files this designation of the record on appeal and statement of issues to be presented pursuant to (A) Federal Rule of Appellate Procedure 6(a) and (B) Rule 8006 of the Federal Rules of Bankruptcy Procedure (the "Designation"). This Designation relates to the Defendants' Notice of Appeal [D.I. 156] dated February 22, 2005.

### Designation Of Items To Be Included In Record On Appeal

Defendants hereby designate the following items for inclusion in the record on appeal:

| Exhibit | Description | Docket No. | Date Docketed |
|---|---|---|---|
| 1 | Complaint by NHI, Inc. against Fleetboston Financial Corporation, KMR Management, Inc., Robert Riesner, Waring Justis, Jr. | 1 | 2/27/2004 |
| 2 | Alias Summons and Notice of Pretrial Conference | 11 | 5/20/2004 |
| 3 | Motion to Dismiss Adversary Proceeding Filed by Fleetboston Financial Corporation | 12 | 6/01/2004 |
| 4 | Memorandum of Law in Support of Motion to Dismiss by Defendant Fleetboston Financial Corporation | 15 | 6/02/2004 |
| 5 | Plaintiff's Answer to Motion to Dismiss of Defendant Fleetboston Financial Corporation | 17 | 6/14/2004 |
| 6 | Amended Motion to Dismiss Adversary Proceeding by Defendant Fleetboston Financial Corporation | 21 | 7/07/2004 |
| 7 | Amended Memorandum of Law in Support of the Motion to Dismiss by Defendant Fleetboston Financial Corporation | 22 | 7/07/2004 |
| 8 | Amended Notice of Completion of Briefing | 23 | 7/08/2004 |
| 9 | Defendants' Motion to Dismiss Plaintiff's First Amended Complaint | 26 | 8/05/2004 |
| 10 | Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiff's First Amended Complaint | 27 | 8/05/2004 |
| 11 | Answering Brief of Plaintiff NHI, Inc. in Opposition to Defendants' Motion to Dismiss Plaintiff's Amended Complaint | 29 | 9/08/2004 |
| 12 | Defendants' Reply Brief in Response to Answering Brief of Plaintiff NHI in Opposition to Defendants' Motion to Dismiss Plaintiff's Amended Complaint | 30 | 9/15/2004 |
| 13 | Notice of Completion of Briefing | 31 | 9/16/2004 |

WLM_502581_1/DKRAFT

| 14 | Court's Letter to Counsel Dated 10/8/04 with Respect to Defendants' Motion to Dismiss Plaintiff's First Amended Complaint | 32 | 10/8/2004 |
|---|---|---|---|
| 15 | Notice of Completion of Briefing | 33 | 10/27/2004 |
| 16 | Certification of Counsel | 34 | 10/29/2004 |
| 17 | Motion to Strike Certification of Counsel for Plaintiff NHI, Inc. | 35 | 11/12/2004 |
| 18 | Memorandum of Law in Support of Motion to Strike Certification of Counsel for Plaintiff NHI, Inc. | 36 | 11/12/2004 |
| 19 | Notice of Service of Discovery Plaintiff's Interrogatories Addressed to Defendants Fleet Boston Financial Corporation, KMR Management, Inc., Robert Riesner and Waring Justis Jr. | 37 | 11/17/2004 |
| 20 | Notice of Service of Discovery Plaintiff's Request for Production Addressed to Defendants Fleet Boston Financial Corporation | 38 | 11/17/2004 |
| 21 | Plaintiff's Answer to Motion to Strike Certification of Counsel for Plaintiff NHI, Inc. | 39 | 11/22/2004 |
| 22 | Memorandum of Law of Plaintiff NHI, Inc. in Opposition to Defendants' Motion to Strike Certification of Counsel | 40 | 11/22/2004 |
| 23 | Defendants' Reply Brief in Response to Plaintiff's Answer to Defendants' Motion to Strike Certification of Counsel for Plaintiff NHI, Inc. | 41 | 11/30/2004 |
| 24 | Notice of Completion of Briefing | 42 | 12/01/2004 |
| 25 | Certification of Counsel Regarding Filing of Second Amended Complaint of Plaintiff | 44 | 12/10/2004 |
| 26 | Second Amended Complaint | 45 | 12/10/2004 |
| 27 | Motion for Leave to Appeal | 46 | 12/3/2004 |

- 3 -

WLM_502581_1/DKRAFT

| 28 | Notice of Appeal | 47 | 12/13/2004 |
|----|------------------|-----|-----------|
| 29 | Transcript of Hearing Before the Honorable Peter J. Walsh held on December 3, 2004 at 3:30 p.m. | TBD | TBD |
| 30 | Designation of the Record and Statement of Issues Pursuant to (A) Federal Rule of Appellate Procedure 6(a) and (B) | 49 | 12/22/2004 |
| 31 | Answer of Plaintiff NHI, Inc. in Opposition to Defendants' Motion for Leave to Appeal | 50 | 12/23/2004 |
| 32 | Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint | 51 | 12/27/2004 |
| 33 | Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint | 52 | 12/27/2004 |
| 34 | Transmittal of Record on Appeal to U.S. District Court (AP#138) | 53 | 01/04/2005 |
| 35 | Memorandum of Law of Plaintiff NHI, Inc. in Opposition to Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint | 54 | 01/06/2005 |
| 36 | Receipt of Record on Appeal (AP #04-138) | 56 | 01/06/2005 |
| 37 | Notice of Docketing Record on Appeal.. Civil Action Number: 05-4 | 57 | 01/06/2005 |
| 38 | Motion of Fleetboston Financial Corporation, KMR Management, Inc., Robert Riesner and Waring S. Justis, Jr., for a Stay Pending Appeal of the December 3, 2004 Bench Ruling Denying Defendants' Motion to Dismiss and Conversion of Defendants' Motion to Dismiss to One for Summary Judgment. | 58 | 01/12/2005 |
| 39 | Brief in Support of Motion of Fleetboston Financial Corporation, KMR Management, Inc., Robert Riesner and Waring S. Justis, Jr., for a Stay Pending Appeal of the December 3, 2004 Bench Ruling Denying Defendants' Motion to Dismiss and Conversion of | 59 | 01/12/2005 |

- 4 -

WLM_502581_1/DKRAFT

| | | | |
|---|---|---|---|
| | Defendants' Motion to Dismiss to One for Summary Judgment | | |
| 40 | Defendants' Reply Brief in Response to Memorandum of Law of Plaintiff NHI, Inc. in Opposition to Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint | 60 | 01/13/2005 |
| 41 | Notice of Completion of Briefing | 61 | 01/14/2005 |
| 42 | Brief of Plaintiff NHI, Inc. in Opposition to Defendants' Motion for Stay Pending Appeal | 62 | 01/25/2005 |
| 43 | Brief in Reply to Brief of Plaintiff's NHI, Inc. in Opposition to Defendants' Motion for a Stay Pending Appeal | 63 | 02/01/2005 |
| 44 | Notice of Completion of Briefing | 64 | 02/03/2005 |
| 45 | Court's Memorandum Opinion Dated February 11, 2005 with Respect to Defendants' Motion to Dismiss NHI, Inc.'s Second Amended Complaint | 65 | 02/11/2005 |
| 46 | Order Denying Defendants' Motion to Dismiss NHI, Inc.'s Second Amended Complaint | 66 | 02/22/2005 |
| 47 | Motion for Leave to Appeal Filed by Fleetboston Financial Corporation, Waring Justis, Jr., KMR Management, Inc. and Robert Riesner | 68 | 02/22/2005 |
| 48 | Motion of Fleetboston Financial Corporation, KMR Management, Inc., Robert Riesner and Waring S. Justis, Jr., for a Stay Pending Appeal of the February 11, 2005 Order and Memorandum Opinion Denying Defendants' Motion to Dismiss 2nd Amended Complaint | 69 | 02/22/2005 |
| 49 | Brief in Support of Motion of Fleetboston Financial Corporation, KMR Management, Inc., Robert Riesner and Waring S. Justis, Jr., for a Stay Pending Appeal of the February 11, 2005 Order and Memorandum Opinion Denying Defendants' Motion to Dismiss 2nd | 70 | 02/22/2005 |

| | | | |
|---|---|---|---|
| | Amended Complaint. | | |
| 50 | Notice of Appeal Pursuant to Federal Bankruptcy Procedures 8001 and 28 U.S.C. Section 158(a)(3) | 156 | 02/22/2005 |

**Statement Of Issues to Be Presented On Appeal**

1.      Whether the Bankruptcy Court erred in denying Defendants' motion to dismiss Plaintiff's second amended complaint.

2.      Whether the Court erred in finding that the allegations in the Second Amended Complaint did not constitute agency allegations under the well established law of agency and/or apparent agency.

3.      Whether the Court correctly applied the law as to the preference claims.

Dated: August 26, 2005                    EDWARDS & ANGELL LLP


                                          Stuart M. Brown (#4050)
                                          Denise S. Kraft (#2778)
                                          919 N. Market Street, 14th Floor
                                          Wilmington, DE 19801
                                          (302) 777-7770 - telephone
                                          (302) 777-7263 - facsimile

                                          Counsel for the Defendants
                                          FleetBoston Financial Corporation,
                                          KMR Management Inc.,
                                          Robert Reisner and
                                          Waring S. Justis

WLM_502581_1/DKRAFT