IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: )<br>)<br>NHI, INC., f/n/a NANTICOKE )<br>HOME, INC., a Delaware Corp., )<br>)<br>Debtor. )<br>) | Bankruptcy Case No. 02-10651 (PJW) |
| )<br>NHI, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FLEETBOSTON FINANCIAL )<br>CORPORATION, KMR MANAGEMENT, )<br>INC., ROBERT RIESNER, and )<br>WARING S. JUSTIS, JR., )<br>)<br>Defendants. )<br>) | Adversary No. 04-52879 |
| )<br>FLEETBOSTON FINANCIAL )<br>CORPORATION, KMR MANAGEMENT, )<br>INC., ROBERT RIESNER, and )<br>WARING S. JUSTIS, JR., )<br>)<br>Appellants, )<br>)<br>v. )<br>)<br>NHI, INC., )<br>)<br>Appellee. )<br>) | Civil Action No. 05-004 (SLR) |

| | |
|---|---|
| FLEETBOSTON FINANCIAL            )<br>CORPORATION, KMR MANAGEMENT, )<br>INC., ROBERT RIESNER, and            )<br>WARING S. JUSTIS, JR.,            )<br>                                                  )<br>              Appellants,              )<br>                                                  )<br>       v.                                        )<br>                                                  )<br>NHI, INC.,                                  )<br>                                                  )<br>              Appellee.                 )<br>_____) | Civil Action No. 05-659 (SLR) |

### MOTION TO CONSOLIDATE APPEALS BY
### APPELLANTS FLEETBOSTON FINANCIAL CORPORATION, KMR
### MANAGEMENT, INC., ROBERT RIESNER AND WARING S. JUSTIS, JR.

Pursuant to Rule 8011(b) of the Untied States Bankruptcy Rules, Appellants FleetBoston Financial Corporation, KMR Management, Inc., Robert Riesner and Waring S. Justis, Jr. (collectively, "Appellants") hereby move to consolidate Civil Action No. 05-004 into Civil Action No. 05-659. A memorandum of law in support of this motion is being filed contemporaneously herewith and is incorporated herein by reference.

### Rule 7.1.1 Statement

The Defendants have made a reasonable efforts to reach agreement with Plaintiff

**[THIS SPACE INTENTIONALLY LEFT BLANK]**

on the matters set forth in the motion and accompanying memorandum of law.

Dated: September 19, 2005

EDWARDS & ANGELL, LLP

_____
Stuart M. Brown, Esq. (No. 4050)
Denise Seastone Kraft, Esq. (No. 2778)
William R. Firth, III, Esq. (No. 4356)
919 N. Market Street, 14th Floor
Wilmington, DE 19801
Telephone (302) 777-7770
Facsimile (302) 777-7263

Attorneys for FLEETBOSTON
FINANCIAL CORPORATION, et al.

_502573_1/