## CERTIFICATE OF SERVICE

I, Denise Seastone Kraft, certify that on this 19th day of September, 2005, I caused true and correct copies of the foregoing **Memorandum of Law in Support of Motion to Consolidate Appeals by Appellants FleetBoston Financial Corporation, KMR Management, Inc., Robert Rieser and Waring S. Justis, Jr.** to be served on the following parties in the manner indicated:

**VIA HAND-DELIVERY**

Stephen W. Spence
Phillips, Goldman & Spence
1200 N. Broom Street
Wilmington, DE 19806

Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

**VIA U.S. FIRST-CLASS MAIL**

Guy A. Donatelli
Scott R. Withers
Lamb McErlane PC
24 E. Market Street
P.O. Box 565
West Chester, PA 19381-0565

_____
Denise Seastone Kraft (No. 2778)